UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| SALLY ADAIR, individually and on behalf of others similarly situated, | ) ) ) ) | CV 01-206-BR |
| | ) | FINAL JUDGMENT |
| Plaintiff, | ) ) | |
| V. | ) ) | |
| MICROFIELD GRAPHICS, INC., and JOHN B. CONROY, | ) ) ) | |
| Defendants. | ) | |

    The Court hereby enters Final Judgment in favor of Defendants and against all persons and entities who are members of the certified Class in this action insofar as claims are asserted for purchases of shares of common stock of Microfield between July 23, 1998, through April 2, 1999, inclusive, and consistent with the Order issued simultaneously on this date.

1 - FINAL JUDGMENT

This Court hereby **DISMISSES WITH PREJUDICE** this action on the merits against all persons and entities who are members of the Class, except for the two persons who timely requested exclusion from the Class as listed on the attachment hereto, in favor of Defendants and without costs to any of the settling parties except as provided in the Stipulation of Settlement and in the Order Approving Settlement and the Order Re Attorneys' Fees and Costs issued by the Court on this date.

IT IS SO ORDERED.

DATED this 6th day of November, 2001.

/s/ Anna J. Brown

---

ANNA J. BROWN
United States District Judge

2 - FINAL JUDGMENT

**AdairCV01-206-FinalJudg.11-01.wpd**

3 - FINAL JUDGMENT